FILED - MQ
October 11, 2012 11:37 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: cep/ Scanned by ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW ALAIN LeBLANC, JR.,

Defendant.

Case No. **2:12-cr-33**

Hon. **R. Allan Edgar**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Distribution of Marijuana Within 1,000' of a Playground)**

On or about June 9, 2011, in Chippewa County, in the Western District of Michigan, Northern Division, the defendant,

**ANDREW ALAIN LeBLANC, JR.,**

knowingly and intentionally distributed marijuana, a Schedule I controlled substance, within one thousand feet of the real property comprising a playground.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 860(a)

**COUNT 2**
**(Possession of Marijuana With Intent to Distribute Within 1,000' of a Playground)**

On or about June 9, 2011, in Chippewa County, in the Western District of Michigan, Northern Division, the defendant,

**ANDREW ALAIN LeBLANC, JR.,**

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, within one thousand feet of the real property comprising a playground.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 860(a)

A TRUE BILL

GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

MAARTEN VERMAAT
Assistant United States Attorney